IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEA SULLIVAN-KNOFF,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF CHICAGO and RAHM EMANUEL, in his Official Capacity,<br><br>                Defendants. | No. 16 CV 8297<br><br>Hon. Andrea R. Wood |

## AGREED MOTION FOR ENTRY OF RULE 502(d) ORDER

      Plaintiff Bea Sullivan-Knoff, by one of her attorneys, Mary J. Grieb of the Shiller Preyar Law Offices, and Defendants City of Chicago and Mayor Rahm Emanuel, by their attorney, Edward N. Siskel, Corporation Counsel for the City of Chicago, respectfully request that the Court enter the agreed-upon proposed Rule 502(d) Order, attached hereto as Exhibit A.

Date: January 14, 2019            Respectfully submitted,

                                                         EDWARD N. SISKEL,
                                                         Corporation Counsel for the City of Chicago

By: /s/ Mary J. Grieb                          By:    /s/ Maggie Sobota

Mary J. Grieb                                         Maggie Sobota
The Shiller Preyar Law Offices                Tara D. Kennedy
601 South California Avenue                  City of Chicago, Department of Law
Chicago, IL 60608                             Constitutional and Commercial
(312) 226-4590                                      Litigation Division
*Attorneys for Plaintiff*                         30 North LaSalle Street, Suite 1230
                                                         Chicago, Illinois 60602
                                                         (312) 742-0260 / 744-9028
                                                         *Attorneys for Defendants*