IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEA SULLIVAN-KNOFF ) | |
| ) | |
| Plaintiff, ) | |
| ) | 16-CV-08297 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| THE CITY OF CHICAGO and RAHM ) | |
| EMANUEL, in his Official Capacity, ) | |
| ) | |
| Defendants. ) | **JURY DEMANDED** |

## JOINT MOTION TO STAY LITIGATION

The Parties jointly move this Court to allow this litigation to be stayed in order for the parties to exhaust settlement possibilities. In support, the Parties state as follows:

1. Plaintiff brought this action against the City of Chicago and Mayor Rahm Emanuel challenging the constitutionality of the City of Chicago Municipal Code 4-60-140(d)(3). Dkt. 1.

2. On November 12, 2018, this Court granted in part and denied in part Defendants' Rule 12(b)(6) motion to dismiss Plaintiff's Complaint. Dkt. 70.

3. On December 7, 2018, Defendants filed a Rule 54(b) motion to reconsider the Court's November 12, 2018 order. Dkt. 72. That motion has been fully briefed as of January 18, 2019.

4. Plaintiff has answered written discovery and the parties have had a LR 37.2 conference regarding those answers. Plaintiff issued interrogatories and requests to produce to Defendant City on April 30, 2019. The next court date is July 18, 2019. Dkt. 90.

5. On April 23, 2019, Plaintiff issued a settlement demand, which included proposed changes to the ordinance at issue.

6. On May 9, 2019 counsel for the parties discussed via phone Plaintiff's demand and the potential resolution of this matter.

7. Because the City of Chicago will have a change in administration on May 20, 2019, Defendants' counsel need additional time to discuss settlement possibilities with the new administration.

8. Further, the parties seek a stay of discovery while continuing to discuss settlement possibilities so that Plaintiff does not incur additional Section 1988 attorney fees.

9. The Parties jointly agree to a stay of this litigation in order to discuss potential resolution of this matter.

10. The Parties wish to keep the July 18, 2019 status date before this Court in order to report on the status of settlement discussions.

**WHEREFORE**, the Parties respectfully ask this Court to stay this litigation pending further order of the Court in order to allow parties time to discuss resolution of this matter.


Dated:  May 10, 2019                    Respectfully Submitted,

                                        PLAINTIFF BEA SULLIVAN-KNOFF

                                        By: /s/Mary J. Grieb

                                        Mary J. Grieb
                                        The Shiller Preyar Law Offices
                                        601 South California Avenue
                                        Chicago, IL 60608
                                        (312) 226-4590
                                        Attorneys for Plaintiff

                                        DEFENDANTS CITY OF CHICAGO AND
                                        MAYOR RAHM EMANUEL

                                        By:  /s/ Maggie Sobota

2

Maggie Sobota
Bradley G. Wilson
Tara D. Kennedy
City of Chicago, Department of Law
Constitutional and Commercial
 Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260 / 744-9028

**CERTIFICATE OF SERVICE**

      Mary J. Grieb hereby certifies that a copy of the foregoing was served upon all opposing counsel via the CM/ECF email system.

s/ Mary J. Grieb

Mary J. Grieb
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590