# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BEA SULLIVAN-KNOFF ) | |
| ) | |
| Plaintiff, ) | |
| ) | 16-CV-08297 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| THE CITY OF CHICAGO and RAHM ) | |
| EMANUEL, in his Official Capacity, ) | |
| ) | |
| Defendants. ) | **JURY DEMANDED** |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, May 15, 2019, at 9:00 a.m. before the Honorable Judge Andrea R. Wood, in Courtroom 1925 at 219 S. Dearborn, Chicago, Illinois I will present the attached **JOINT MOTION TO STAY LITIGATION** copies of which will be submitted via CM/ECF Electronic Filing.

Respectfully submitted,

s/ Mary J. Grieb
Mary J. Grieb
Attorney for Plaintiff
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590

## CERTIFICATE OF SERVICE

I, Mary J. Grieb, hereby certify that a copy of the foregoing was served upon all counsel of

record via EM/ECF.

s/ Mary J. Grieb
Mary J. Grieb
Attorney for Plaintiff
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590