## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Bea Sullivan–Knoff

                                      Plaintiff,

v.                                                      Case No.: 1:16–cv–08297
                                                     Honorable Andrea R. Wood

City of Chicago, The, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: In light of the stay of this litigation imposed 5/14/2019 [93], Defendant's motion for reconsideration of the Court's November 12, 2018 Order [72] is denied without prejudice. Defendant may renew its motion if the parties' settlement negotiations prove unsuccessful and the stay is lifted. Status hearing set for 10/23/2019 [102] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.